UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAYTAG CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　Defendant. | 04MBD 10356<br><br>Miscellaneous No. _____<br><br>(USDC – Southern District of Iowa, Central Division Case No. 4:03-CV-10568<br>Judge Ronald E. Longstaff<br>Magistrate Ross A. Walters)<br><br>**ORAL ARGUMENT REQUESTED** |

## EMERGENCY MOTION TO QUASH THE SUBPOENA OF WILLIAM R. CLARK

Plaintiff Maytag Corporation hereby moves on an emergency and expedited basis to quash the subpoena of William R. Clark pursuant to Federal Rule of Civil Procedure 45(c)(3)(a), preventing any future deposition of or requests for production of documents from William R. Clark in this matter. As set out more fully in the accompanying brief, the subpoena *decus tecum* served on Mr. Clark in this action seeks only information that is not relevant to any issue in this case and also seeks privileged information. Thus, Defendant Whirlpool Corporation's subpoena subjects Mr. Clark to undue burden in compliance. Indeed, Defendant has failed to show that the deposition of Mr. Clark is proper and necessary. Defendant has recently scheduled the deposition for this Thursday, December 16, 2004, necessitating this emergency motion.

Therefore, Plaintiff requests that this Court quash the subpoena of Mr. Clark and prevent any further deposition of Mr. Clark in this case. A supporting memorandum is filed herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiff respectfully requests oral argument on this emergency motion to the extent the Court has questions with its subject matter, the relief sought, or about the underlying litigation pending in the Southern District of Iowa.

Respectfully submitted,

John T. Gutkoski (BBO# 567182)
DAY, BERRY & HOWARD, L.L.P.
260 Franklin Street
Boston, MA 02110-3179
Phone: 617-345-4609
Fax: 617-345-4745
Email: jtgutkoski@dbh.com

*Of Counsel:*
Edmund J. Sease
Jeffrey D. Harty
Christine Lebrón-Dykeman
R. Scott Johnson
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA   50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: sease@ipmvs.com
Email: harty@ipmvs.com
Email: lebron-dykeman@ipmvs.com
Email: johnson@ipmvs.com

*ATTORNEYS FOR PLAINTIFF*
*MAYTAG CORPORATION*

## *LOCAL RULE 7.1(2) CERTIFICATE*

I hereby certify that the parties to this action have conferred but, despite their good faith attempts, have been unable to resolve or narrow the issues raised in this motion.

*/s/ John T. Gutkoski*
John T. Gutkoski

## CERTIFICATE OF SERVICE

I hereby declare that the foregoing instrument was served upon the following this 13th day of December 2004, via:

- ☐ 1st Class U.S. Mail
- ☐ Federal Express
- ☐ Facsimile
- ☐ Hand Delivery
- ☒ Email (.pdf)

**TO:**

John F. Lorentzen
NYEMASTER, GOODE, WEST
 HANSELL & O'BRIEN, A P.C.
700 Walnut St., Suite 1600
Des Moines IA  50309-3899
Telephone:  515-283-3156
Fax:  515-283-8045

Thomas G. Pasternak
William A. Streff, Jr., P.C.
Christopher W. Keegan
Imron T. Aly
KIRKLAND & ELLIS LLP
200 East Randolph Drive, 54th Floor
Chicago, IL  60601
Telephone:  312-861-2000
Fax:  312-861-2200

*/s/ John T. Gutkoski*
John T. Gutkoski