

SCANNED
DATE: 12/21/04
BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAYTAG CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Miscellaneous No. 04-mc-10356-RCL<br><br>(USDC – Southern District of Iowa, Central Division Case No. 4:03-CV-10568<br>Judge Ronald E. Longstaff<br>Magistrate Ross A. Walters) |

## UNOPPOSED STATEMENT TO WITHDRAW MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON WILLIAM R. CLARK

COMES NOW Maytag, and on behalf of the parties hereby withdraws its motion regarding the enforcement of the subpoena served on William R. Clark in the above-captioned matter. In support of the request, the parties stipulate to the following:

1.  Plaintiff Maytag Corporation ("Maytag") and Defendant Whirlpool Corporation ("Whirlpool") are parties to a patent infringement suit in the Southern District of Iowa, Case No. 4:03-CV-10568.

2.  On December 6, 2004, Defendant Whirlpool served a subpoena duces tecum on Mr. Clark.

3.  On December 13, 2004, Plaintiff Maytag filed in this Court a Motion to Quash the subpoena. On the same day, Plaintiff Maytag also filed a Motion for Protective Order in the Southern District of Iowa to preclude Defendant Whirlpool from taking any discovery from Mr. Clark.

4.   The parties have agreed to be bound by the Iowa court's ruling on the pending motion for protective order as to the scope of discovery, if any, to be taken from Mr. Clark.

5.   Mr. Clark through counsel has agreed to submit to the jurisdiction of the Iowa court regarding the scope of any discovery relating to the subpoena.

6.   Whirlpool withdraws its Massachusetts subpoena because Mr. Clark through counsel has agreed to submit to a deposition, if allowed, with the deposition to take place in Boston subject to the Iowa court's ruling.

WHEREFORE, Maytag withdraws its motion concerning enforcement of the subpoena duces tecum on William R. Clark. Maytag will inform the Court when the present discovery dispute has been disposed of by the District Court in the Southern District of Iowa.

Respectfully submitted,

John T. Gutkoski  (BBO #567182)
DAY, BERRY & HOWARD, L.L.P.
260 Franklin Street
Boston, MA 02110-3179
Phone: 617-345-4609
Fax: 617-345-4745

*Of Counsel:*
Edmund J. Sease
Jeffrey D. Harty
Christine Lebrón-Dykeman
R. Scott Johnson
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA  50309-2721
Phone: 515-288-3667
Fax: 515-288-1338

*Stipulation of consent by Whirlpool:*

*Of Counsel:*
Thomas G. Pasternak
William A. Streff, Jr., P.C.
Christopher W. Keegan
Imron T. Aly
KIRKLAND & ELLIS LLP
200 East Randolph Drive, 54th Floor
Chicago, IL  60601
Telephone: 312-861-2000
Fax: 312-861-2200

*ATTORNEYS FOR PLAINTIFF*

MAYTAG CORPORATION and  
DEPONENT WILLIAM R. CLARK

ATTORNEYS FOR DEFENDANT  
WHIRLPOOL CORPORATION

## CERTIFICATE OF SERVICE

I hereby declare that the foregoing instrument was served upon the following this 20th ~~13th~~ day of December 2004, via:

☑ 1st Class U.S. Mail    ☐ Federal Express    ☐ Facsimile  
☐ Hand Delivery          ☑ Email (.pdf)

**TO:**

John F. Lorentzen  
NYEMASTER, GOODE, WEST  
 HANSELL & O'BRIEN, A P.C.  
700 Walnut St., Suite 1600  
Des Moines IA  50309-3899  
Telephone: 515-283-3156  
Fax: 515-283-8045

Thomas G. Pasternak  
William A. Streff, Jr., P.C.  
Christopher W. Keegan  
Imron T. Aly  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive, 54th Floor  
Chicago, IL  60601  
Telephone: 312-861-2000  
Fax: 312-861-2200

_____  
John T. Gutkoski